# Third District Court of Appeal

## State of Florida

Opinion filed August 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1413
Lower Tribunal No. F05-39150
_____

**Tajhon Wilson,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Tajhon Wilson, in proper person.

Ashley Moody, Attorney General, for respondent.

Before LOGUE, C.J., and MILLER and BOKOR, JJ.

PER CURIAM.

Denied. See Zuluaga v. State, Dep't of Corr., 32 So. 3d 674, 676–77 (Fla. 1st DCA 2010) ("Habeas corpus is not a vehicle for obtaining additional appeals of issues which were raised or should have been raised on direct appeal, or which could have been, should have been, or were raised in post-conviction proceedings."); Johnson v. State, 967 So. 2d 306, 307 (Fla. 3d DCA 2007) ("[B]ecause the claims [appellant] raises in this appeal have been previously litigated by [appellant] and have been adversely decided by both the trial court and this court, we find that they are procedurally barred.").